IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cockrell, Patricia M | Case Number: 05 B 17876 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed: 5/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 24, 2008
Confirmed: June 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,400.00 |  |
| Secured: |  | 5,546.12 |
| Unsecured: |  | 5,884.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 769.29 |
| Other Funds: |  | 0.00 |
| Totals: | 14,400.00 | 14,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | CitiMortgage Inc | Secured | 3,000.00 | 3,000.00 |
| 3. | Radio Shack | Secured | 849.13 | 849.13 |
| 4. | Resurgent Capital Services | Secured | 1,696.99 | 1,696.99 |
| 5. | Portfolio Recovery Associates | Unsecured | 660.00 | 2,058.31 |
| 6. | ECast Settlement Corp | Unsecured | 410.86 | 1,281.32 |
| 7. | Peoples Energy Corp | Unsecured | 334.91 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 348.08 | 1,085.53 |
| 9. | Illinois Dept Of Human Services | Unsecured | 59.60 | 185.90 |
| 10. | American Express | Unsecured | 408.36 | 1,273.53 |
| 11. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 12. | Household Bank FSB | Unsecured | | No Claim Filed |
| 13. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 15. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 16. | Prime Co | Unsecured | | No Claim Filed |
| 17. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |
| 18. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| | | | $ 9,967.93 | $ 13,630.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cockrell, Patricia M

Printed: 01/06/09

Case Number: 05 B 17876
Judge: Goldgar, A. Benjamin
Filed: 5/5/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 45.46 |
| 5.5% | 158.66 |
| 5% | 40.00 |
| 4.8% | 96.00 |
| 5.4% | 194.36 |
| 6.5% | 181.20 |
| 6.6% | 53.61 |
|  | $ 769.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

